**HOLBROOK v. STATE.**

No. 26425.

Court of Criminal Appeals of Texas.

May ·6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

---

**Everett Kelley CUNNINGHAM, Appellant, v. The STATE of Texas, Appellee.**

No. 26448.

Court of Criminal Appeals of Texas.

. May 20, 1953.

No attorney on appeal for appellant.

. Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of murder with malice, and his punishment was assessed by the jury at confinement in the penitentiary for life.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted and the appeal is dismissed.

Opinion approved by the court.